William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

MARIA AGUDELO (AND WIFE, RAMON
AGUDELO)
                                            **NOTICE OF THE
                                            BROOKFIELD
              V.                            PARTIES' ADOPTION
                                            OF AMENDED ANSWER
                                            TO MASTER
                                            COMPLAINT**

80 LAFAYETTE ASSOCIATES, LLC, ET. AL.,
                                            CASE NUMBER: (AKH)
                                            07 CV 05334
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
October 18 2007

        Faust, Goetz, Schenker & Blee, LLP

        _____
        By: William J. Smith (WJS-9137)
        Attorneys for the Brookfield Parties
        Two Rector Street, 20th Floor
        New York, NY 10006
        (212) 363-6900