Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   21 MC 102 (AKH)

MARIA AGUDELO (AND HUSBAND,　　　　　　Index No.: 07-CV-05334
RAMON AGUDELO),

　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF ADOPTION OF ANSWER**
　　　　　　　　　　　Plaintiff(s),　　　　　　**TO MASTER COMPLAINT**

　　-against-　　　　　　　　　　　　　　　　　**ELECTRONICALLY FILED**

80 LAFAYETTE ASSOCIATES, *et al.*,

　　　　　　　　　　　Defendant(s).
----------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

　　　　WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 17, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendant
                    GENERAL REINSURANCE CORP. i/s/h/a
                    GENERAL RE SERVICES CORP.

                    By: _____
                    Richard E. Leff (RL-2123)
                    80 Broad Street, 23rd Floor
                    New York, New York 10004
                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel